UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>        Plaintiff,<br><br>v.<br><br>**P & G's Tom Foolery, LLC,** a California Limited Liability Company;<br><br>        Defendant. | Case: No.4:21-CV-07517-SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including May 13, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 5/18/2022                              *[signature]* RS
                                            Richard Seeborg for Saundra B. Armstrong
                                            UNITED STATES DISTRICT JUDGE