UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**<br><br>    Plaintiff,<br><br>v.<br><br>**P & G's Tom Foolery, LLC,** a California Limited Liability Company<br><br>    Defendants. | Case: 4:21-cv-07517-SBA Judgment |

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Scott Johnson and against defendant P & G's Tom Foolery, LLC, a California Limited Liability Company in the amount of $4,001 for damages of any kind whatsoever including but not limited to statutory, actual, treble, nominal damages plus reasonable and necessary attorneys' fees and/or costs to be determined by noticed motion. Plaintiff shall be entitled to recovery of all reasonably incurred attorney's fees, expenses allowed under the Americans with Disabilities Act and Unruh Civil Rights

1

Act via noticed motion within sixty (60) days from the date of entry of judgement, including fees related to the motion for fees.

Additionally, the Court Orders Defendant to provide an ADA accessible table with sufficient knee and toe space in the bar and to provide an ADA threshold/path of travel from the outdoor dining to the inside; Defendant shall maintain said elements and provide reasonable accommodations via modifications in its policies and/or procedures so long as such does not fundamentally alter the Defendant's business, so long as the defendant remains in business.

Dated: 8/23/2022    By: _____ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge

*Presented by*:
Amanda Seabock, Esq.
858-375-7385
amandas@potterhandy.com
Attorney for Plaintiff